AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Name of Movant ALFREDO CASAS GARCIA Jr. | Prisoner No. 86299-079 | Case No. B-99-192 |
| Place of Confinement F.C.I. BEAUMONT Beaumont, TX. 77720, Box 26040 | B-00-187 |

UNITED STATES OF AMERICA   V.   ALFREDO CASAS GARCIA Jr.
(name under which convicted)

United States District Court
Southern District of Texas
FILED
DEC 0 ? 2000
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S.D.C. SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION**

2. Date of judgment of conviction **OCTOBER 14, 1999.**

3. Length of sentence **57 Months**

4. Nature of offense involved (all counts) **1326(a) and 1326(b) ATTEMPTED ILLEGAL Re-entry**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

       (2) Nature of proceeding _____ N/A _____

       (3) Grounds raised _____
       _____ N/A _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ☐  No ☐

       (5) Result _____ N/A _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____ N/A _____

       (2) Nature of proceeding _____
       _____ N/A _____

       (3) Grounds raised _____
       _____ N/A _____
       _____
       _____

(3)

ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____**N/A**_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐ No ☐
(2) Second petition, etc.    Yes ☐ No ☐     **N/A**

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**N/A**

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Fifth Amendment COnstitutional Right was violated when defendant Right to seek and consult consular officials at the Mexican Consulate under the Vienna COnvention were violated.**

Supporting FACTS (state *briefly* without citing cases or law)

**See Memorandum**

B. Ground two: **Petitioner was denied effective assistance of counsel at crucial stage of the proceedings, including but not limited to pretrial, plea negociation, and sentencing due to counsel's failure to move for dismissal of the indictment in violation of petitioner's Fifth and Sixth Amendments right as guaranteed by the United States COnstitution.**

Supporting FACTS (state *briefly* without citing cases or law):

**See Memorandum**

C. Ground three: **Petitioner Fifth Amendment Constitutional Right of Due Process was violated by a sentencing court by determining Title 8 U.S.C. § 1326(b)(2) is not a separate offense from Title 8 U.S.C. § 1326, but merely a sentencing enhancement ?**

Supporting FACTS (state *briefly* without citing cases or law):

**See Memorandum**

(5)

AO 243 (Rev. 5/85)

D. Ground four: **Whether Petitioner's prison sentence, which is well above the two year statutory maximum authorized by 8 U.S.C. § 1326(a), is illegal because the indictment did not allege that petitioner was previously convicted of an aggravated felony prior to his illegal attempt to Re-entry into the United States.**
Supporting FACTS (state *briefly* without citing cases or law):

A. **In the statute describing crimes of illegal reentry after deportation, the phrases Subsequent to a conviction for commission of a felony and Subsequent to a conviction for commission of an aggravated felony describe elements of the offense which must be pleaded by indictment and proved beyond a reasonable dount..**

**See memorandum**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

**N/A**

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  **SANDRA ZAMORA, AFPD. 600 East Harrison street, # 102 Brownsville, TX. 78520-7119**

(b) At arraignment and plea  **Same**

(c) At trial  **Same**

(d) At sentencing  **Same**

(6)

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____ **N/A** _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____ **N/A** _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____ **N/A** _____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_NOV 29 2000_
(date)

NOV 29 2000

_Alfredo Casas_ _/s/_
Signature of Movant

(7)

ClibPDF - www.fastio.com