3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALFREDO CASAS GARCIA          *

VS                             *   C.A. NO. B-00-187

UNITED STATES OF AMERICA       *   (Cr. No. B-99-192)

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **February 20, 2001**.

DONE at Brownsville, Texas, this 18th day of December 2000.

_____
Felix Recio
United States Magistrate Judge