6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 01 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALFREDO CASAS-GARCIA, JR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-187 |
| | § | (CR. NO. B-99-192-01) |
| UNITED STATES OF AMERICA | § | |
| | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. CASAS' § 2255 Motion is hereby DENIED.

DONE in Brownsville, Texas this 31st day of July 2001.

_____
Hilda Tagle
United States District Judge

4